# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

EDWARD GREEN,

       *Plaintiff*

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Secuirty,

       *Defendant*

Civil Action No.  2:15-CV-3187-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The parties' Stipulated Motion for Remand ECF No. 18, is GRANTED.  The decision denying benefits is reversed and remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Remand ECF No. 18.

Date: August 11, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer